STATE ex rel. Harry SUNDERLAND

v.

Bryan William JENNINGS.

No. 79–218–C.A.

Supreme Court of Rhode Island.

March 28, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Aram K. Berberian, Warwick, for defendant.

## ORDER

This case came before the court on March 7, 1980, on the state's motion under Rule 16(g) to affirm the judgment of conviction below of the defendant of driving under the influence of liquor. After hearing arguments of counsel we are of the opinion that questions raised by defendant have been settled by this court in *State v. Jennings*, 117 R.I. 291, 366 A.2d 543 (1976). The motion to affirm the judgment below is hereby granted.